# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Civil No. 01-1501 MJD/RLA**

State Farm Mutual Automobile Insurance Company,

Plaintiff,

vs.

Central Boiler, Inc., and Auto-Owners Insurance Company,

Defendants.

**DISMISSAL OF COMPLAINT, WITH (PROPOSED) ORDER FOR JUDGMENT AND JUDGMENT OF DISMISSAL**

## DISMISSAL OF COMPLAINT

The Plaintiff, State Farm Mutual Automobile Insurance Company, hereby dismisses the above-entitled action WITHOUT PREJUDICE.

Dated: 10/30/01

Erik J. Askegaard, #180117
206 North 7th Street
P.O. Box 826
Brainerd, MN 56401
(218) 828-4223

ATTORNEY FOR STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

NOV 08 2001

FILED
RICHARD D. SLETTEN, CLERK NOV 8 2001
JUDGMENT ENTD
DEPUTY CLERK

## ORDER FOR JUDGMENT

Upon reading and filing the foregoing, it is now, in accordance therewith,

**ORDERED** that the above-entitled action and all of the claims as set forth in the pleadings be and the same are hereby dismissed **WITHOUT PREJUDICE** and without costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED IN ACCORDANCE WITH THIS ORDER.**

DATED this 8th day of Nov., 2001.

BY THE COURT:

[signature]

Judge of District Court

## JUDGMENT

In accordance with the Order for Judgment entered herein, it is:

**ORDERED AND DECREED** that the above-entitled action is hereby **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any of the parties.

**WITNESS THE HONORABLE** ______________________ Judge of said Court this ____ day of __________________, 20___.

______________________________

Clerk of Court