# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

State Farm Mutual Automobile
Insurance Company
Plaintiff,

Case No. Civil 01-1501 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Central Boiler, Inc., and
Auto-Owners Insurance Company,
Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above-entitled action and all of the claims as set forth in the pleadings be and the same are hereby dismissed WITHOUT PREJUDICE and without costs or disbursements to any of the parties.

DATE: November 8, 2001

RICHARD D. SLETTEN, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

3